**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| VICENTE SANTOS-MERO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-129-RWS-JBB |
| | § | |
| FCI TEXARKANA WARDEN, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner Vicente Santos-Mero's petition for writ of habeas corpus under 28 U.S.C. § 2241. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On July 28, 2026, the magistrate judge issued a report and recommendation, recommending the above petition for the writ of habeas corpus be dismissed as moot. Docket No. 12 (further recommending the dismissal of the petition should not prevent Petitioner from seeking such relief as he may be entitled from the sentencing court). A copy of the report and recommendation was sent to Petitioner at his last known address, return receipt requested, but was returned as undeliverable.[1] Docket No. 13.

Because no objections have been received, Petitioner is barred from *de novo* review by the district judge of the magistrate judge's proposed findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district

[1] Local Rule CV-11(d) of the Local Rules of Court for the Eastern District of Texas requires that *pro se* litigants must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of his current physical address.

court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203- RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the report and recommendation of the magistrate judge. After review, the Court has determined the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation of the magistrate judge (Docket No. 12) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** the above-captioned petition for writ of habeas corpus is **DISMISSED-AS-MOOT**. The dismissal of this petition does not prevent Petitioner from seeking relief from the sentencing court.

**So ORDERED and SIGNED this 22nd day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE